UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEALTH & TASTE INVESTMENT GROUP, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-01780-KAW<br><br>**ORDER REQUIRING PARTIES TO FILE NOTICE OF SETTLEMENT WITHIN 60 DAYS**<br><br>Re: Dkt. No. 25 |

On May 27, 2016, Plaintiff filed a notice of settlement. (Dkt. No. 25.) Accordingly, the parties shall file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: 06/07/16

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge