1 | Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
2 | 12 South First Street, Suite 413
San Jose, CA 95113
3 | Telephone: (408) 295-0137
Fax: (408) 295-0142
4

5 | Attorney for SHELBY GAIL HEIFETZ, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>　　　　Plaintiff,<br>vs.<br>HEALTH & TASTE INVESTMENT GROUP, LLC, a California limited liability company d/b/a THE ORIGINAL PANCAKE HOUSE; RODRIGUES HOLDINGS, LLC, a California limited liability company; GARY E. RODRIGUES, an individual and DOES 1-10, Inclusive,<br>　　　　Defendants. | Case No. 4:15-cv-01780-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiff SHELBY GAIL HEIFETZ ("Plaintiff") and Defendants HEALTH & TASTE INVESTMENT GROUP, LLC, a California limited liability company d/b/a THE ORIGINAL PANCAKE HOUSE; RODRIGUES HOLDINGS, LLC, a California limited liability company, and GARY E. RODRIGUES, an individual (collectively "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff's complaint in the above-entitled action shall be dismissed with prejudice against Defendants pursuant to F.R.C.P. 41(a).
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. 28).
3. All parties shall bear their own attorneys fees and costs in the action.

Date: July 26, 2016      By:      /s/ Irene Karbelashvili
                                  IRENE KARBELASHVILI,
                                  Attorney for Plaintiff
                                  SHELBY GAIL HEIFETZ

Date: July 25, 2016      By:      /s/ Brian K. Nagatani
                                  BRIAN K. NAGATANI,
                                  Attorney for Defendant HEALTH & TASTE
                                  INVESTMENT GROUP, LLC

Date: July 26, 2016      By:      / s/ Neil T. Medeiros
                                  NEIL T. MEDEIROS
                                  Attorney for Defendants RODRIGUES
                                  HOLDINGS, LLC and GARY E. RODRIGUES

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document.

                         By:            /s/ Irene Karbelashvili
                                  IRENE KARBELASHVILI

**[~~PROPOSED~~] ORDER**

Having reviewed the above stipulation for dismissal by Plaintiff SHELBY GAIL HEIFETZ on the one hand and Defendants HEALTH & TASTE INVESTMENT GROUP, LLC, a California limited liability company d/b/a THE ORIGINAL PANCAKE HOUSE; RODRIGUES HOLDINGS, LLC, a California limited liability company; and GARY E. RODRIGUES, an individual, on the other hand, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. 28).
3. All parties shall bear their own attorneys fees and costs in the action.

Dated: 8/1/16

_Kandis Westmore_
United States Magistrate Judge